IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

**TERESA BEASLEY**                                                                                **PLAINTIFF**

V.                                                         CAUSE NO. 5:16-CV-82-DCB-MTP

**ROBERT LANG, BEVERLY LANG,**

**AND EF PROPERTIES, LLC**                                          **DEFENDANTS**

## JUDGMENT

EF Properties, LLC offered to allow Plaintiff Teresa Beasley a judgment against it pursuant to Fed. R. Civ. P. 68. EF Properties, LLC offered to allow Plaintiff to take a declaratory judgment against it "declaring that all real property purported to be owned by either Defendants, Robert Lang, Beverly Lang, or EF Properties, LLC, is in fact the property of Defendants, Robert Lang and Beverly Lang." Doc. 120, p. 1. On May 28, 2018, Plaintiff accepted the Offer of Judgment. See Doc. 120-1.

The Court enters a declaratory judgment divesting EF Properties, LLC of all real property herein described and restoring said property to Robert Lang and Beverly Lang, as tenants in common. All conveyances of real property from Robert Lang, Beverly Lang, or both to EF Properties, LLC are set aside.

This Declaratory Judgment applies to the follow described real estate located in Copiah County, Mississippi.

> TRACT I (COOR Springs RD-7P-607)
>
> Beginning at the southeast corner of southeast 1/4 of northwest 1/4, Section 31, Township 2 North, Range 1 West, Copiah County, Mississippi, run north 1307 feet to a point on Coor Springs Road, thence southwesterly along said road 933 feet; thence west 90 feet; thence south 1030 feet; thence east 1320 feet to the point of beginning, containing 37 acres, more or less.
>
> Also: (8M-310)
>
> A lot or parcel of land lying in the southeast 1/4 of northwest 1/4, Section 31, Township 2 North, Range 1 West, Copiah County, Mississippi, being described by metes and bounds as follows, to-wit:
>
> Beginning at a point on the south line of the Coor Springs Public Road, which point is 45 feet north and 90 feet east of the Northwest Corner of the southeast 1/4 of northwest 1/4 of the aforesaid Section 31 also said point being the Northeast Corner of G.A. Weaver Lot and run thence south along the Weaver lot for a distance of 250 feet, thence east a distance of 300 feet, thence north a distance of 253 feet to a point on the south line of the aforesaid road, thence westerly along the south line of said road a distance of 300 feet to the point of beginning containing 1.7 acres more or less.
>
> TRACT II: (Pearl Street- 12N-501 Tract 1)
>
> Lot 4, Square 9, according to the Stowell Map of the Town (now city) of Crystal Springs, Mississippi, the same property being a certain lot bought from W.B. Lockwood by T. K Dampeer and Mattie May Dampeer and described according to the Dabney Map of the Town of Crystal Springs as being a lot on the corner of Pearl

and Ramond Streets, the same being the west half of north half, Lot 13, 14 and 100 feet off the west side of Lot 15 Square 5.

TRACT III:   (Cayuga Street- 12N-501 Tract 2)

A part of Lot 10 Square 22 according to the Stowell Map of the City of Crystal Springs, Mississippi, bounded by beginning at the southwest corner of Lot 2 of said Square 22 and running thence southerly perpendicular to the south line of said Lot 2, 200 feet, more or less, to the south line of said Lot 10, thence easterly along the south line of said Lot 10 to the southeast corner of said Lot 10, thence northerly along the east line of said Lot 10 to the northeast corner thereof, thence westerly along the north line of said Lot 10 to the point of beginning. Less and except all that part hereof heretofore conveyed to Charles Elroy Klumb, Jr., and Mrs. Kathryn Klumb Izard by deed dated May 5, 1955, and recorded in Book 6-L at page 193, in the Office of the Chancery Clerk of Copiah County, Halzelhurst, Mississippi.

Together with one 1978 Redman mobile home situated thereon, Series or Model Name WH60JGBB 8102 B. Serial No. 11509141 A&B.

TRACT IV: (Home Marion Avenue- 80-603)

All of Lot 2 and a strip of land 26 feet wide of uniform width off the west side of Lot 1, all in Square 22 according to the Stowell Map of the City of Crystal Springs, Mississippi.

Lot 21 of Square 18, according to the Stowell Map of the City of Crystal Springs, which is now on file in the office of the Chancery Clerk of Copiah County, Mississippi.

The above described lot is the west 1/2 of that certain lot which was conveyed by W.B. Lockwood and wife to Mrs. J.B. Perry by deed

>     dated October 2, 1914, and recorded in Deed
>     Book 3-Q at page 93 of the records in the
>     office of the Chancery Clerk of Copiah County,
>     Mississippi.
>
>     301 Damper St. Crystal Springs, MS 39059
>     Exempt Code
>     PT LOTS 21 & 22 BLK 11 STOWELL MAP
>     AS PER DB 16 O-323 / 15N-484
>     SEC 25-2N-2W
>     0307-25-1-B-73
>     Deed-16-O     323   04/25/2006
>     Deed-15N      484   08/16/2002
>     Deed-11A      704   00/00/0000

This Judgment does hereby set aside all transfers from the Langs to EF Properties, LLC and restores to the Langs, as tenants in common, all property conveyed to EF Properties, LLC by the Langs subject to Teresa Beasley's judgment lien on said property and also subject to the rights of all first and/or priority lienholders on said property. Any interest of Teresa Beasley, Robert Lang, Beverly Lang, or EF Properties, LLC in the properties described herein is subject to respective liens of Trustmark National Bank, Community Bank of Mississippi and BankPlus as provided by the Stipulation entered into by the parties in this action (Doc. 27). The Stipulation is incorporated herein by reference.

 This Judgment may be recorded in the land records of Copiah County and shall divest EF Properties, LLC of all property herein described.

**SO ORDERED,** this the 6th day of September, 2018.


      **/s/ David Bramlette**
      **UNITED STATES DISTRICT JUDGE**

**APPROVED FOR ENTRY:**

/s/ Ed Flechas
Attorney for EF Properties, LLC

/s/ R. Shane McLaughlin
Attorney for Teresa Beasley

_____
Robert Lang

_____
Beverly Lang

/s/ Vivian Henley
Attorney for BankPlus

/s/   Pat    McAllister
Attorney for Community Bank

/s/  Lane  Bobo
Attorney Trustmark Corporation

/s/ Lane Bobo
Attorney Trustmark National Bank
(improperly designated in Complaint as Trustmark Corporation)